# THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| VINCENT ZINNI, on behalf of himself and those similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CLICKSOFTWARE TECHNOLOGIES LTD., ISRAEL BOROVICH, MOSHE BENBASSAT, SHAI BEILIS, NIRA DROR, SHLOMO NASS, MENAHEM SHALGI, GIL WEISER, FRANCISCO PARTNERS, LP, OPTIMIZER TOPCO S.A.R.L, OPTIMIZER MERGER HOLDINGS LTD.<br><br>    Defendants. | Case No.: 15-cv-00863-JLS-JCGx<br><br>**ORDER GRANTING DEFENDANT CLICKSOFTWARE TECHNOLOGIES LTD. AN EXTENSION OF ITS TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

1 The Court, has reviewed and considered the Stipulation for an Order Granting Defendant ClickSoftware Technologies Ltd. an Extension of Time to Answer or Otherwise Respond to Plaintiff's First Amended Complaint (the "Stipulation"). The Court hereby grants the relief requested in the Stipulation.

On or before August 7, 2015, the parties shall file either a joint motion to approve settlement or, in the event settlement is not finalized, a joint report setting forth a proposed briefing schedule on a motion to dismiss. The time in which to answer or otherwise respond to the First Amended Complaint is extended to August 28, 2015.

**IT IS SO ORDERED.**

DATED: June 26, 2015

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

1